# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>    Plaintiff,<br><br>    v.<br><br>L. EPTSTEIN, et al.,<br><br>    Defendants. | CASE NO. 1:10-cv-01506-OWW-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE THIS ACTION AS A PC 550 CASE<br><br>(Doc. 1)<br><br>ORDER VACATING CIVIL CASE DOCUMENTS ISSUED ON AUGUST 19, 2010, AND DIRECTING CLERK'S OFFICE TO ISSUE PC NEW CASE DOCUMENTS<br><br>(Doc. 3) |

    Plaintiff Bruce Patrick Haney is a state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983. Defendants Epstein, Rodriguez, Shelton, Gonzales, Jennings, Comaites, and Vella (Defendants) removed this action from Fresno County Superior Court on August 19, 2010. 28 U.S.C. § 1441(b). In removing the case, Defendants erroneously designated the action as a "440 Other Civil Rights" rather than a "550 Civil Rights" brought by a prisoner. (Doc. 1.) Accordingly, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall re-designate this action as a 550 PC case;

    2.    The civil new case documents, including the order setting a mandatory scheduling conference for January 5, 2011, at 8:15 a.m. before the Honorable Oliver W. Wanger, issued on August 19, 2010, are VACATED; and

///

1

3.       The Clerk's Office shall issue the new case documents for 550 PC cases.

IT IS SO ORDERED.

**Dated:**     **October 8, 2010**                    /s/ **Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE