# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>          Plaintiff,<br><br>    v.<br><br>L. EPTSTEIN, et al.,<br><br>          Defendants. | CASE NO. 1:10-cv-01506-OWW-SMS PC<br><br>ORDER DENYING MOTION TO AMEND AS UNNECESSARY AND DENYING MOTION FOR SERVICE AS PREMATURE<br><br>(Doc. 7) |

      Plaintiff Bruce Patrick Haney is a state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983. Defendants Epstein, Rodriguez, Shelton, Gonzales, Jennings, Comaites, and Vella (Defendants) removed this action from Kings County Superior Court on August 19, 2010. 28 U.S.C. § 1441(b). On October 6, 2010, Plaintiff filed a motion seeking leave to amend and for service of process by the United States Marshal on the unserved defendants.

      Plaintiff has not previously amended and therefore, at this stage in the proceedings, he may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a)(1).

      In light of the Court's statutory screening duty, the Court will issue appropriate orders regarding unserved parties only if and when it determines the complaint states cognizable claims for relief as to those parties. 28 U.S.C. § 1915A; Fed. R. Civ. P. 4(c)(3). The Court has a large number of civil cases pending and it will screen Plaintiff's complaint in due course.

///

///

///

Accordingly, because Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary, and Plaintiff's motion for service is DENIED as premature.

IT IS SO ORDERED.

**Dated:  April 20, 2011**     /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE