'

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | CASE NO. 1:10-cv-01506-LJO-SKO PC |
|     Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW MOTION TO DISMISS AND REQUIRING RESPONSE TO AMENDED COMPLAINT WITHIN THIRTY DAYS |
|     v. | |
| L. EPTSTEIN, et al., | |
|     Defendants. | (Docs. 20 and 26) |

Plaintiff Bruce Patrick Haney is a state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983. Defendants Epstein, Rodriguez, Shelton, Gonzales, Jennings, Comaites, and Vella removed this action from Kings County Superior Court on August 19, 2010. 28 U.S.C. § 1441(b). Following screening of Plaintiff's amended complaint for cognizability of claims, this action is now proceeding against Defendants Epstein and Rodriguez (Defendants) for retaliation, in violation of the First Amendment. 28 U.S.C. § 1915A.

Defendants' first response to Plaintiff's amended complaint, filed on October 13, 2011, was a motion to dismiss for failure to state a claim. Fed. R. Civ. P. 12(b)(6). On December 21, 2011, Defendants filed a request to withdraw their motion to dismiss.

///
///
///
///
///

1

Based on the foregoing, it is HEREBY ORDERED that Defendants' request is granted, their motion to dismiss is withdrawn, and they shall file a response to Plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    December 22, 2011**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE