# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRUCE PATRICK HANEY,                              CASE NO. 1:10-cv-01506-LJO-SKO PC

             Plaintiff,                              ORDER DENYING MOTION TO COMPEL
                                                  INITIAL DISCOVERY RESPONSES AS
    v.                                          MOOT

L. EPTSTEIN, et al.,                              (Doc. 31)

             Defendants.
_____/

       Plaintiff Bruce Patrick Haney is a former state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983.  This action for damages is proceeding on Plaintiff's First Amendment retaliation claim against Defendants Epstein and Gonzales.

       On May 16, 2012, Plaintiff filed a motion seeking to compel Defendants to respond to his interrogatories, request for admissions, and request for production of documents, which he served on March 21, 2012.  On May 22, 2012, Defendants filed an opposition to the motion, arguing that it should be denied as moot because they served their discovery responses on May 16, 2012. Plaintiff did not file a reply.

       In as much as Plaintiff's motion sought to compel initial responses which were served on May 16, 2012, Plaintiff's motion is HEREBY ORDERED DENIED as moot.


IT IS SO ORDERED.

**Dated:**   **July 11, 2012**                         _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE