1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                            EASTERN DISTRICT OF CALIFORNIA

7

8    BRUCE PATRICK HANEY,                    CASE NO. 1:10-cv-01506-LJO-SKO PC

                          Plaintiff,         ORDER REQUIRING PLAINTIFF TO FILE
9                                            OPPOSITION OR STATEMENT OF NON-
                                             OPPOSITION TO DEFENDANTS' MOTION
10        v.                                 FOR SUMMARY JUDGMENT

11   L. EPTSTEIN, et al.,
                                             (Doc. 34)
12                        Defendants.
                                             TWENTY-ONE DAY DEADLINE
13   _____/

14        Plaintiff Bruce Patrick Haney is a former state prisoner proceeding pro se in this civil action

15   for violation of his rights under 42 U.S.C. § 1983.  This action for damages is proceeding on

16   Plaintiff's First Amendment retaliation claim against Defendants Epstein and Gonzales.  On August

17   23, 2012, Defendants filed a motion for summary judgment.

18        Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to

19   the motion within **twenty-one (21) days** from the date of service of this order.[1]  Local Rule 230(l).

20   **Plaintiff is warned that the failure to comply with this order will result in dismissal of the**

21   **action, with prejudice, for failure to obey a court order and failure to prosecute.**

22

23   IT IS SO ORDERED.

24   **Dated:    August 24, 2012**              _____/s/ Sheila K. Oberto_____
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27   _____

28        [1] Although Plaintiff is no longer incarcerated, Local Rule 230(l) shall continue to apply to this action, in
     accordance with the Court's general practice.

                                              1