# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>          Plaintiff,<br><br>     v.<br><br>L. EPTSTEIN, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:10-cv-01506-LJO-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 34)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Bruce Patrick Haney is a former state prisoner proceeding pro se in this civil action for violation of his rights under 42 U.S.C. § 1983. This action for damages is proceeding on Plaintiff's First Amendment retaliation claim against Defendants Epstein and Gonzales. On August 23, 2012, Defendants filed a motion for summary judgment.

Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order.[1] Local Rule 230(l). **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:     August 24, 2012**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff is no longer incarcerated, Local Rule 230(l) shall continue to apply to this action, in accordance with the Court's general practice.

1